Case 1:03-cv-09558-AKH Document 42 Filed 09/12/06 Page 1 of 1



SDNY / NYNY
03-cv-9558
HELLERSTEIN

# United States Court of Appeals

### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 13th day of August, two thousand and six.

Before:    Hon. Joseph M. McLaughlin,
           Hon. Dennis Jacobs,
           Hon. Barrington D. Parker,
                    *Circuit Judges.*

Docket No. 05-4387-cv

*FILED*
*UNITED STATES COURT OF APPEALS*
*AUG 13 2006*
*Roseann B. MacKechnie, CLERK*
*SECOND CIRCUIT*

---

LOUISE MCPHERSON,

                    *Plaintiff-Appellant,*

v.

NEW YORK CITY DEPARTMENT OF EDUCATION, THERESA EUROPE, individually, SUSAN W. HOLTZMAN, individually and SHERRY BOKSER, individually and as Senior Associate Counsel of New York State United Teachers,

                    *Defendants-Appellees.*

---

Appeal from the United States District Court for the Southern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is AFFIRMED in accordance with the opinion of this Court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Tracy W. Young
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *Tammy Martinez*
DEPUTY CLERK

Issued as Mandate: 9/11/06